AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RODRICUS DARNELL SCOTT,

Petitioner,

v.

JOSHUA JONES, Warden,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 624-061

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated April 4, 2025, the U.S. Magistrate Judge's Report and Recommendations are adopted as the opinion of this Court. Petitioner's motion to strike and motion for sanctions are denied. Respondent's motion to dismiss is granted and this petition is dismissed without prejudice. Petitioner is also denied a Certificate of Appealability. This case stands closed.

| April 4, 2025 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* James R. Burrell |
| | (By) Deputy Clerk |

GAS Rev 10/2020